IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATHANIEL BROWN, | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 12-1458 |
| | ) | |
| STEVEN R. GLUNT, et al., | ) | |
| Respondents. | ) | |

## ORDER

AND NOW, this 29ᵗʰ day of April, 2013, after the petitioner, Nathaniel Brown,

filed a petition for a writ of habeas corpus, and after a Report and Recommendation was filed by

the United States Magistrate Judge granting the parties a period of time after being served with a

copy to file written objections thereto, and upon consideration of the objections filed by the

petitioner, and upon independent review of the petition and the record and upon consideration of

the Magistrate Judge's Report and Recommendation (ECF No. 13), which is adopted as the

opinion of this Court,

IT IS ORDERED that the petition for a writ of habeas corpus filed by petitioner

Nathaniel Brown (ECF No. 1) is dismissed and, because reasonable jurists could not conclude

that a basis for appeal exists, a certificate of appealability is denied.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of

Appellate Procedure if the petitioner desires to appeal from this Order he must do so within thirty

(30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

Mark R. Hornak
United States District Judge

cc:    Nathaniel Brown
        JG 1411
        SCI Houtzdale
        PO Box 1000
        Houtzdale, PA 16698